UNITED STATES OF DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 2 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ROTAIR INDUSTRIES, INC., )
964 Crescent Avenue )
Bridgeport, CT 06607, )
  )
        Plaintiff, )
  )
  v. )
  )
UNITED STATES DEPARTMENT OF )
JUSTICE, )
950 Pennsylvania Avenue, NW )
Washington, DC 20530-0001, )
  )
        Defendant. )
  )

CASE NUMBER 1:06CV01526
JUDGE: Colleen Kollar-Kotelly
DECK TYPE: FOIA/Privacy Act
DATE STAMP: 08/29/2006

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

1. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, to order the production of agency records that Defendant has improperly withheld from Plaintiff.

2. This Court has jurisdiction over this action and venue is proper in this Court pursuant to 5 U.S.C. § 552(a)(4)(B).

3. Plaintiff is a corporation incorporated in the state of Connecticut with its principal place of business in Bridgeport, CT.

4. Defendant is an agency of the United States and has possession and control of the records Plaintiff seeks.

1

5.  By letter dated July 15, 2005, Plaintiff, through its counsel, submitted to one of Defendant's offices designated for handling FOIA matters a request for "copies of all files relating to USA v. Rotair Industries, Inc. (Crim No. 3:04CR149JBA)" and advised Defendant that Plaintiff believed the documents were then being held in the United States Attorney's Office for the District of Connecticut. A copy of this letter is attached as Exhibit 1.

6.  On June 21, 2006, approximately eleven months later, having received no response whatsoever to the July 15, 2005 request, Plaintiff, through its counsel, sent Defendant a letter asking the status of the request and providing Defendant with another copy of the request. A copy of this letter is attached as Exhibit 2.

7.  By "boilerplate" form letter dated June 28, 2006, Defendant advised that Plaintiff's request was being processed according to Defendant's "first-in-first-out" policy. A copy of this letter is attached as Exhibit 3.

8.  By letter dated August 17, 2006, Plaintiff, through its counsel, advised Defendant that the need for the requested information "has now become critical and very time sensitive," asked for a prompt response to the request or that Defendant, "at least, give [Plaintiff] a time certain within which [it] will comply." A copy of this letter is attached as Exhibit 4.

9.  Defendant's response to Plaintiff's August 17, 2006 letter was a further "boilerplate" form letter that again advised that the request will be processed in the order received. A copy of this letter is attached as Exhibit 5.

10. Pursuant to 5 U.S.C. §552(a)(6)(A)(i), Defendant was required to determine whether to comply with Plaintiff's request within twenty (20) days, excepting Saturdays, Sundays, and legal public holidays, after receipt of it.

11. More than thirteen months have passed since Defendant received Plaintiff's FOIA request. In addition, more than twenty (20) days have passed since Plaintiff resubmitted the request in its Exhibit 2 letter. Defendant has not made the required determination within the period required by law.

12. Pursuant to 5 U.S.C. § 552(a)(6)(C)(i), Defendant's failure to respond to the request within the applicable time period is deemed to exhaust Plaintiff's administrative remedies and allow it to seek relief in this Court.

13. Plaintiff has a statutory right to the records it seeks and there is no legal basis for Defendant's refusal to disclose them or otherwise act on Plaintiff's request.

WHEREFORE, Plaintiff requests that this Court:

1. Declare Defendant's failure to disclose the records requested by Plaintiff to be unlawful;

2. Order Defendant to make the requested records available to Plaintiff on an expedited basis;

3. Award Plaintiff its reasonable attorney fees and other litigation costs incurred in connection with this action as provided by 5 U.S.C. § 552(a)(4)(E); and

4.  Such other and further relief as this Court may deem just and proper.

                                        Respectfully submitted,

                                        */s/ Stephen S. Kaye*

                                        Daniel C. Schwartz (D.C. Bar No. 017749)
                                        Stephen S. Kaye (D.C. Bar No. 292532)
                                        Bryan Cave LLP
                                        700 Thirteenth Street NW
                                        Washington, D.C. 20005-3960
                                        Phone: (202) 508-6000
                                        Fax: (202) 508-6200

                                        *Counsel for Plaintiff*

Dated: August 29, 2006

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

**EXHIBIT 1**

**BRYAN CAVE**

Daniel C. Schwartz
Partner
Direct: 202-508-6025
Fax: 202-508-6200
dcschwartz@bryancave.com

July 15, 2005

Maria A. O'Rourke, Assistant Director
FOIA/Privacy Unit
Executive Office for United States Attorneys
Department of Justice
Room 7300, 600 E. Street, NW
Washington, D.C. 20530-0001

Re:   **Freedom of Information Act Request**

Dear Ms. O'Rourke:

Pursuant to the Freedom of Information Act, please provide me with copies of all files relating to <u>USA v. Rotair Industries, Inc.</u> (Crim. No. 3:04CR149JBA). We believe these documents are currently held in the United States Attorney's Office for the District of Connecticut.

If any portion of this request is denied, I request a detailed statement of the reasons for the withholding of a particular document or portion of a document. If portions of documents are deemed to be within an exception to the Act allowing it to be withheld from disclosure, the remaining portions should be disclosed. In addition, for every document or portion of a document that is deemed to be within an exception allowing the government to withhold it from disclosure, please state why you have not used your discretionary authority to release such material notwithstanding your not being required to do so under the Act.

If it would expedite your processing of this request, I would be happy to discuss with you our agreement or disagreement with specific proposed deletions prior to your making a final decision in the matter. If some portion of these materials is available before others, please provide us with those materials as soon as they become available.

Pursuant to the Act, I promise to pay reasonable charges incurred for searching for and copying these documents, not to exceed $500.00. If the charges are expected to exceed that amount, please contact me in advance and obtain my agreement to pay such charges.

Bryan Cave LLP
700 Thirteenth Street NW
Washington, DC 20005-3960
Tel (202) 508-6000
Fax (202) 508-6200
www.bryancave.com

Chicago
Hong Kong
Irvine
Jefferson City
Kansas City
Kuwait
Los Angeles
New York
Phoenix
Riyadh
Shanghai
St. Louis
United Arab Emirates (Dubai)
Washington, DC

And Bryan Cave,
A Multinational Partnership,
London

06 1526

**FILED**

AUG 29 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Maria A. O'Rourke, Assistant Director  
July 15, 2005  
Page 2

Bryan Cave LLP

As provided in the Act, I look forward to your responding to this request within ten working days. If you have any questions, please contact me.

Sincerely yours,

Daniel C. Schwartz

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

**EXHIBIT 2**

# BRYAN CAVE

Daniel C. Schwartz
Partner
Direct: (202) 508-6025
Fax: (202) 508-6200
dcschwartz@bryancave.com

June 21, 2006

**VIA FEDERAL EXPRESS**

Mr. William G. Stewart
Acting Assistant Director
Freedom of Information and Privacy Staff
Department of Justice
600 E Street, NW, Room 7100
Washington, DC 20530

Re:   Freedom of Information Act Request

Dear Mr. Stewart:

Enclosed is a Freedom of Information Act request submitted to your office on July 15, 2005. Since that time, we have heard nothing from the Department in response to our request, and we have not received a file number for the request.

I would appreciate it if someone on the Freedom of Information and Privacy staff could inform me of the status of your response to this request.

Thank you for your assistance.

Sincerely yours,

*[signature]*

Daniel C. Schwartz

Bryan Cave LLP
700 Thirteenth Street NW
Washington, DC 20005-3960
Tel (202) 508-6000
Fax (202) 508-6200
www.bryancave.com

Chicago
Hong Kong
Irvine
Jefferson City
Kansas City
Kuwait
Los Angeles
New York
Phoenix
Riyadh
Shanghai
St. Louis
United Arab Emirates (Dubai)
Washington, DC

And Bryan Cave,
A Multinational Partnership,
London

06 1526

**FILED**

AUG 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



Daniel C. Schwartz
Partner
Direct: 202-508-6025
Fax: 202-508-6200
dcschwartz@bryancave.com

July 15, 2005

Maria A. O'Rourke, Assistant Director
FOIA/Privacy Unit
Executive Office for United States Attorneys
Department of Justice
Room 7300, 600 E. Street, NW
Washington, D.C. 20530-0001

Bryan Cave LLP
700 Thirteenth Street NW
Washington, DC 20005-3960
Tel (202) 508-6000
Fax (202) 508-6200
www.bryancave.com

Chicago
Hong Kong
Irvine
Jefferson City
Kansas City
Kuwait
Los Angeles
New York
Phoenix
Riyadh
Shanghai
St. Louis
United Arab Emirates (Dubai)
Washington, DC

And Bryan Cave,
A Multinational Partnership,
London

Re:   **Freedom of Information Act Request**

Dear Ms. O'Rourke:

Pursuant to the Freedom of Information Act, please provide me with copies of all files relating to USA v. Rotair Industries, Inc. (Crim. No. 3:04CR149JBA). We believe these documents are currently held in the United States Attorney's Office for the District of Connecticut.

If any portion of this request is denied, I request a detailed statement of the reasons for the withholding of a particular document or portion of a document. If portions of documents are deemed to be within an exception to the Act allowing it to be withheld from disclosure, the remaining portions should be disclosed. In addition, for every document or portion of a document that is deemed to be within an exception allowing the government to withhold it from disclosure, please state why you have not used your discretionary authority to release such material notwithstanding your not being required to do so under the Act.

If it would expedite your processing of this request, I would be happy to discuss with you our agreement or disagreement with specific proposed deletions prior to your making a final decision in the matter. If some portion of these materials is available before others, please provide us with those materials as soon as they become available.

Pursuant to the Act, I promise to pay reasonable charges incurred for searching for and copying these documents, not to exceed $500.00. If the charges are expected to exceed that amount, please contact me in advance and obtain my agreement to pay such charges.

Maria A. O'Rourke, Assistant Director  
July 15, 2005  
Page 2

Bryan Cave LLP

As provided in the Act, I look forward to your responding to this request within ten working days. If you have any questions, please contact me.

Sincerely yours,

Daniel C. Schwartz

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

**EXHIBIT 3**

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**




JUN 2 8 2006

**U.S. Department of Justice**

Executive Office for United States Attorneys
Freedom of Information & Privacy Staff
600 E Street, N.W., Suite 7300, Bicentennial Building
Washington, DC 20530-0001
(202) 616-6757   FAX: 616-6478   (www.usdoj.gov/usao)

Requester: __Daniel C. Schwartz__

Request Number: __05-2235__

Subject of Request: __U.S. v. Rotair Ind.__

Dear Requester:

    This letter is written to inform you of the current status of your pending FOIA request for records. In order to process all requests as equitably as possible, this office has adopted a "first-in-first-out" policy of processing all incoming requests. Your request is being handled as equitably as possible and all records which can be released will be made available at the earliest possible date.

The following is the status of your request:

[   ]    awaiting a response from the local U.S. Attorney's Office

[ X ]    response has been received and will be processed according to "first-in-first-out" policy

[   ]    being reviewed by attorney

    If you have any concern or question, please feel free to call our office.

Sincerely,

William G. Stewart II
Acting Assistant Director

06 1526

FILED

AUG 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Form No. 46 - 1/06

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

**EXHIBIT 4**



Daniel C. Schwartz
Direct: 202-508-6025
Fax: 202-508-6200
dcschwartz@bryancave.com

August 17, 2006

**VIA FEDEX**

Mr. William G. Stewart II
Acting Assistant Director
U.S. Department of Justice
Executive Office for United States Attorneys
Freedom of Information and Privacy Staff
Suite 7300, Bicentennial Building
600 E Street, NW
Washington, DC 20530-001

**Bryan Cave LLP**
700 Thirteenth Street NW
Washington, DC 20005-3960
Tel (202) 508-6000
Fax (202) 508-6200
www.bryancave.com

Re:    Request Number 05-2235

Dear Mr. Stewart:

    On July 15, 2005, we submitted on behalf of our client Rotair Industries, Inc. a request for files relating to *USA v. Rotair Industries, Inc.* (Crim. No. 3:04CR149JBA), which we explained were most likely held in the office of the United States Attorney for the District of Connecticut. Your office acknowledged receipt of that request by form memorandum dated August 23, 2005. Earlier this year, I again inquired about the status of the response to this request; you responded by form letter dated June 28, 2006, that the response to our request "will be processed according to 'first-in-first-out' policy."

    The need for the requested information has now become critical and very time sensitive. We would appreciate it if your office could respond to our request quickly or, at least, give us a time certain within which your office will comply. We would prefer to avoid the time and expense – to both our client and your office -- of seeking judicial enforcement of the statutory and regulatory deadline requirement for responding to Freedom of Information Act requests, but are prepared to take such action as is necessary to obtain the responsive information as soon as possible.

    Thank you for your assistance.

Sincerely yours,

Daniel C. Schwartz

Chicago
Hong Kong
Irvine
Jefferson City
Kansas City
Kuwait
Los Angeles
New York
Phoenix
Shanghai
St. Louis
Washington, DC

And Bryan Cave,
A Multinational Partnership,

London

06 1526

**FILED**

AUG 29 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

**EXHIBIT 5**

U.S. Department of Justice

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Staff
600 E Street, N.W., Room 7300
Washington, D.C. 20530
202-616-6757   Fax 202-616-6478

AUG 23 2005

Request Number: 05-2235          Requester: Daniel C. Schwartz

Subject: U.S. v. Rotair Ind.

    The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. <u>Please give us this number if you write about your request</u>. If we need additional information, we will contact you within two weeks.

    Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

    EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions, for example, Project Requests take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

    By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR § 16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 CFR § 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. <u>Please do not send any payment at this time!</u> If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

Sincerely,

*Marie A. O'Rourke*

Marie A. O'Rourke
Assistant Director

COPY

06 1526

Form No. 001 - 5/02

FILED
AUG 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT