U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Rotair Industries, Inc.

vs.

United States Department of Justice

No. 1:06CV01526 CK-K

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Complaint For Declaratory and Injunctive Relief, Notice Of Right To Consent To Trial Before A United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-26-1971.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 12:00 n on August 30, 2006, I served United States Department of Justice at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 by serving Raymond McDowell, Mailroom Clerk, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     30
HEIGHT-  4'9"
HAIR-    BLACK
WEIGHT-  120"
RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  9-1-06
            Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 176019