UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROTAIR INDUSTRIES INC., )<br>  )<br>  Plaintiff, )<br>  )<br> v. )<br>  )<br> UNITED STATES DEPARTMENT )<br> OF JUSTICE )<br>  )<br>  Defendant. )<br> _____ ) | Civil Action No. 06-1526 (CKK) |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
TO FILE AN ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant respectfully moves this Court for an enlargement of time, through and including October 23, 2006, within which to answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

1. Defendant's answer, motion or other response was due on October 2, 2006. Defendant did not respond to the above due date because of a calender error. (the United States District Court Pacer, Docket # 3 shows a due date of October 30, 2006).

2. Defense counsel seeks the additional time because she is currently out of the country and will be away from the office from October 2-13. Also, upon her return she will be simultaneously working on several other projects including oppositions to a summary judgment motion and partial summary judgment in *Stolt-Nielsen v. DOJ*, CA 05-2217 & CA 06-474 (filed on September 27 and September 29, respectively). These circumstances make it necessary for her to request an extension until October 23, 2006, to file a answer or otherwise respond to plaintiff's complaint in this matter.

-1-

3. Defendant therefore requests an enlargement of time within which to answer, move or otherwise respond to the Complaint, through and including October 23, 2006.

4. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

5. Pursuant to Local Rule 7.1(m), counsel for defendant has consulted with plaintiff's counsel and he has graciously given consent to the relief requested.

A proposed Order consistent with this Motion is attached.

For these reasons, defendant requests that the Court grant their Consent Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

CHARLOTTE A. ABEL, Bar #388582
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-2332