UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROTAIR INDUSTRIES INC.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**UNITED STATES DEPARTMENT** )<br>**OF JUSTICE,** )<br>)<br>**Defendant.** )<br>_____ ) | Civil Action No. 06-1526 (CKK) |

### O R D E R

Upon consideration of Defendant's Consent Motion for an Extension of Time in which to Answer or Otherwise Respond to the Complaint, it is on this _____ day of _____, for good cause shown,

ORDERED: that Defendant's Motion for an Extension of Time in which to Answer or Otherwise Respond to the Complaint is GRANTED;

It is FURTHER ORDERED: that defendant shall have up to and including October 23, 2006, to answer or otherwise respond to the complaint.

_____
UNITED STATES DISTRICT JUDGE