UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROTAIR INDUSTRIES INC.            ) | |
|                 Plaintiff,   ) | |
|                     ) | |
| V.                                          ) | Case No. 1:06-CV-01526-CKK |
|                     ) | |
| UNITED STATES DEPARTMENT OF   ) | |
| JUSTICE,                                ) | |
|                 Defendant.   ) | |
|                     ) | |

DEFENDANT'S ANSWER TO COMPLAINT

In response to the numbered paragraphs of the Plaintiff's complaint, the U.S. Department of Justice, Executive Office for United States Attorneys ("EOUSA")(hereinafter "Defendant") admits, denies, or otherwise avers as follows:

    1. Defendant admits that this is an action brought by Plaintiff under the Freedom of Information Act ("FOIA"). Defendant admits that it has not released any records to the Plaintiff but denies that it has improperly withheld documents from the Plaintiff. In order to process all FOIA requests as equitably as possible, the Executive Office of the United States Attorney's Office has adopted a "first-in-first-out" policy of processing all incoming requests. Plaintiff's request is being handled as equitably as possible and all records which can be released will be made available at the earliest possible date.

    2. Defendant admits.

    3. Defendant has insufficient knowledge to confirm on deny.

    4. Defendant admits it is an agency of the United States. Defendant has insufficient knowledge to confirm or deny what records Plaintiff seeks.

5. Defendant admits receipt of the letter.

6. Defendant admits receipt of the letter. Defendant denies that it did not respond to the July 15, 2005 letter. Defendant responded with an acknowledgment letter on August 23, 2005.

7. Defendant admits this allegation.

8. Defendant denies this allegation because it cannot confirm receipt of this letter.

9. Defendant denies and avers that it sent this letter on August 23, 2005 in response to Plaintiff's original request.

10. Defendant admits the substance of the statute as recited by Plaintiff, but Defendant denies that it has improperly withheld documents from the Plaintiff. In order to process all FOIA requests as equitably as possible, the Executive Office of the United States Attorney's Office has adopted a "first-in-first-out" policy of processing all incoming requests. Plaintiff's request is being handled as equitably as possible and all records which can be released will be made available at the earliest possible date.

11. Defendant admits not having made a determination with regard to Plaintiff's FOIA request but Defendant denies allegations of wrongdoing. The Executive Office of the United States Attorney's Office makes every effort to process most FOIA requests within 20 working days of receipt. Very large requests may take months to process.

12. Defendant admits the substance of the statute as paraphrased by Plaintiff.

13. Defendant lacks sufficient information to assess at this time whether Plaintiff is entitled to the release of any records.

Further answering the complaint, Defendant denies each allegation not expressly admitted or denied. The remainder of the complaint contains Plaintiff's prayers for relief. Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

Respectfully submitted,

__/s/_____
JEFFERY A. TAYLOR
D.C. Bar 498610
United States Attorney

__/s/_____
RUDOLPH CONTRERAS
D.C. Bar 434122
Assistant United States Attorney

__/s/_____
CHARLOTTE A. ABEL
D.C. Bar 388582
Assistant United States Attorney
501 3rd St., N.W.  E4410
Washington, D.C. 20001
(202) 307-2332