UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


| | | |
|---|---|---|
| ROTAIR INDUSTRIES INC. | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No. 1:06-CV-01526-CKK |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| JUSTICE, | ) | |
| Defendant. | ) | |
| | ) | |

NOTICE OF APPEARANCE

_____Will the Clerk of Court please note the entry of appearance of Charlotte A. Abel,

Assistant United States Attorney, on behalf of the United States Department of Justice.



Respectfully submitted,

___/s/_____
JEFFERY A. TAYLOR
D.C. Bar 498610
United States Attorney


___/s/_____
CHARLOTTE A. ABEL
D.C. Bar 388582
Assistant United States Attorney
501 3rd St., N.W.  E4410
Washington, D.C. 20001
(202) 307-2332