UNITED STATES OF DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ROTAIR INDUSTRIES, INC.,** | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| **UNITED STATES DEPARTMENT OF JUSTICE,** | ) | Civil Action No. 06-1526 (Judge C. Kollar-Kotelly) |
| Defendant. | ) | |

**JOINT STATEMENT SUBMITTED PURSUANT TO COURT'S OCTOBER 25 ORDER**

In its Order dated October 25, 2006, the Court directed that the parties comply with Local Rule 16.3 and prepare a joint statement for submission to the Court, including a brief statement of the case and the statutory basis for all causes of action and defenses.

This is an action brought pursuant to the Freedom of Information Act. Accordingly, Local Rule 16.3(b)(9) exempts the action from the requirement for counsel to discuss the matters enumerated in the rule and submit a report on those matters. Accordingly, the parties file in lieu of the Rule 16.3 report, the following statement of the case and its statutory basis.

By letter dated July 15, 2005, Rotair Industries, Inc. ("Rotair"), though its counsel, filed a request pursuant to the Freedom of Information Act seeking from the Defendant, the United States Department of Justice, materials relating to a particular criminal matter. In August of 2006, Rotair filed this action pursuant to 5. U.S.C. 552a(g)(1) seeking to compel Defendant to

produce materials in response to this request.  Rotair, as of the date of this report, has not received any material in response to its FOIA request.  Defendant avers that, in order to process FOIA requests as equitably as possible, it has adopted a "first-in-first-out" policy of processing incoming requests, including Plaintiff's.

Representatives of Defendant are reviewing its files for responsive material and hope to produce such material shortly.  In light of this, the parties respectfully suggest to the Court that establishing a briefing schedule or scheduling any other activity in this matter be deferred for 60 days, and that the parties report on or before January 16, 2007 on the then current status of the government's production of responsive material and their recommendations for the scheduling of further proceedings, if any, in this matter.

                                                Respectfully submitted,

                                                _____
                                                Daniel C. Schwartz (D.C. Bar No. 017749)
                                                Stephen S. Kaye (D.C. Bar No. 292532)
                                                Bryan Cave LLP
                                                700 Thirteenth Street NW
                                                Washington, D.C. 20005-3960
                                                Phone: (202) 508-6000
                                                Fax: (202) 508-6200

                                                *Counsel for Plaintiff*

                                                _____
                                                JEFFERY A. TAYLOR, D.C. Bar #498610
                                                United States Attorney

                                                                                        3

_____
CHARLOTTE A. ABEL, Bar #388582
Assistant United States Attorney
555 4th St., NW
Washington, DC 20530
202/307-2332

*Counsel for Defendant*

Dated:  November 15, 2006