# UNITED STATES OF DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROTAIR INDUSTRIES, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **UNITED STATES DEPARTMENT OF** ) | Civil Action No. 06-1526 |
| **JUSTICE,** ) | (Judge C. Kollar-Kotelly) |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

In its November 17, 2006 minute Order, the Court directed the parties to provide by January 16, 2007 a status report and a proposal for how the litigation should proceed. The parties provide the following report and proposal.

The Government advises that, by January 19, 2007, it will make available to Plaintiff all documents within the control of the Executive Office for United States Attorneys that are responsive to the request and that are, in the Government's view, subject to disclosure pursuant to the Freedom of Information Act. Promptly thereafter, the Government will provide Plaintiff with a description of documents that it has withheld from disclosure, providing sufficient information to enable Plaintiff to determine whether to challenge such withholding. The Government further advises that additional documents responsive to the Freedom of Information Act request are within the control of the Department of Defense, Department of State, United States Customs Service, and the Department of Homeland Security. The Government will make

1

diligent efforts to produce all remaining documents that, in its view, are subject to disclosure by February 28, 2007.

In light of the foregoing, the Parties request that the Court not schedule further proceedings in this case, but instead direct the parties to file a further joint report by March 2, 2007 advising of the current status of the litigation and a proposal on how to proceed.

Respectfully submitted,

/s/
Daniel C. Schwartz (D.C. Bar No. 017749)
Stephen S. Kaye (D.C. Bar No. 292532)
Bryan Cave LLP
700 Thirteenth Street NW
Washington, D.C. 20005-3960
Phone: (202) 508-6000
Fax: (202) 508-6200

*Counsel for Plaintiff*

/s/
JEFFERY A. TAYLOR, D.C. Bar #498610
United States Attorney

/s/
CHARLOTTE A. ABEL, Bar #388582
Assistant United States Attorney
555 4th St., NW
Washington, DC 20530
202/307-2332

*Counsel for Defendant*

Dated: January 16, 2007