UNITED STATES OF DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROTAIR INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | Civil Action No. 06-1526 |
| JUSTICE, ) | (Judge C. Kollar-Kotelly) |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

In its March 2, 2007 minute Order, the Court directed the parties to provide a Joint Status Report by March 23, 2007. The parties accordingly provide the following report and proposal concerning further proceedings.

The Government represents that it has made available to Plaintiff all documents within the control of the Executive Office for United States Attorneys ("Executive Office") that are responsive to the FOIA request at issue and that are, in the Government's view, subject to disclosure pursuant to the Freedom of Information Act. The Government also has provided Plaintiff with a description of documents that the Executive Office has withheld from disclosure and has provided information that it believes is sufficient to enable Plaintiff to determine whether to challenge such withholding.

1

The Government further advises that all of the documents responsive to the Freedom of Information Act request that are within the control of the Department of State have been produced, and all but one page of responsive documents within the control of the Department of Defense have been produced. The circumstances regarding that remaining page are being reviewed.

The Government advises that the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), has produced 202 of 308 pages of material that has been referred to them and which are responsive to the FOIA request and asserts that the remaining 106 pages are not subject to disclosure under FOIA. On or before March 30, the Government expects provide Plaintiff with a description of documents ICE has withheld from disclosure, providing sufficient information to enable Plaintiff to determine whether to challenge such withholding.

In light of the foregoing, the Parties request that the Court not schedule further proceedings in this case, but instead direct the parties to file a further joint report by April 13, 2007 advising of the current status of the litigation and a proposal on how to proceed.

Respectfully submitted,

/s/
Daniel C. Schwartz (D.C. Bar No. 017749)
Stephen S. Kaye (D.C. Bar No. 292532)
Bryan Cave LLP
700 Thirteenth Street NW
Washington, D.C. 20005-3960
Phone: (202) 508-6000
Fax: (202) 508-6200

*Counsel for Plaintiff*

                                               /s/
JEFFERY A. TAYLOR, D.C. Bar #498610
United States Attorney

                                               /s/
CHARLOTTE A. ABEL, Bar #388582
Assistant United States Attorney
555 4th St., NW
Washington, DC 20530
202/307-2332

*Counsel for Defendant*

Dated: March 23, 2007