UNITED STATES OF DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROTAIR INDUSTRIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>JUSTICE, )<br>)<br>Defendant. )<br>)<br>)<br>)<br>)<br>) | Civil Action No. 06-1526<br>(Judge C. Kollar-Kotelly) |

## JOINT STATUS REPORT

In its March 26, 2007 minute Order, the Court directed the parties to provide a Joint Status Report by April 13, 2007. The parties accordingly provide the following report and proposal concerning further proceedings.

The Government represents that it has made available to Plaintiff all documents within the control of the Government that are responsive to the FOIA request at issue and that are, in the Government's view, subject to disclosure pursuant to the Freedom of Information Act. The Government also has provided Plaintiff with a description of documents that the Executive Office has withheld from disclosure and has provided information that it believes is sufficient to enable Plaintiff to determine whether to challenge such withholding. Plaintiff agrees that it has been provided with sufficient information and is still assessing whether it will challenge the withholding of any of those documents.

The Government has provided Plaintiff with a description of documents and portions of documents that the Department of Homeland Security, Immigration and Customs Enforcement ("ICE") has withheld from disclosure. Plaintiff does not believe that it has been provided with sufficient information to enable Plaintiff to determine whether to challenge such withholding. The Government is reviewing this description and, if it believes that additional information should be provided, it will do so by April 27, 2007.

In light of the foregoing, the Parties request that the Court not schedule further proceedings in this case, but instead direct the parties to file a further joint report by May 11, 2007 advising of the current status of the litigation and a proposal on how to proceed.

Respectfully submitted,

/s/
Daniel C. Schwartz (D.C. Bar No. 017749)
Stephen S. Kaye (D.C. Bar No. 292532)
Bryan Cave LLP
700 Thirteenth Street NW
Washington, D.C. 20005-3960
Phone: (202) 508-6000
Fax: (202) 508-6200

*Counsel for Plaintiff*

                                        /s/
JEFFERY A. TAYLOR, D.C. Bar #498610
United States Attorney


                                        /s/
CHARLOTTE A. ABEL, Bar #388582
Assistant United States Attorney
555 4th St., NW
Washington, DC 20530
202/307-2332

*Counsel for Defendant*

Dated: April 13, 2007