# UNITED STATES OF DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ROTAIR INDUSTRIES, INC.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**UNITED STATES DEPARTMENT OF** )<br>**JUSTICE,** )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1526<br>(Judge C. Kollar-Kotelly) |

## JOINT STATUS REPORT

In its April 29, 2007 minute Order, the Court directed the parties to provide a Joint Status Report by May 11, 2007. The parties accordingly provide the following report and proposal concerning further proceedings.

The Government represents that it has made available to Plaintiff all documents within the control of the Government that are responsive to the FOIA request at issue and that are, in the Government's view, subject to disclosure pursuant to the Freedom of Information Act. The Government also has provided Plaintiff with a description of documents that the Executive Office has withheld from disclosure and has provided information that it believes is sufficient to enable Plaintiff to determine whether to challenge such withholding. Plaintiff agrees that it has been provided with sufficient information and is still assessing whether it will challenge the withholding of any of those documents.

1

At the time the last status report was submitted, Plaintiff did not believe that it had been provided with sufficient information to enable Plaintiff to determine the propriety of the withholding of documents, in whole or in part, by the Department of Homeland Security, Immigration and Customs Enforcement ("ICE").  Since the last status report, ICE has provided Plaintiff with additional information on the basis for withholding documents or portions of them.  Although Plaintiff believes that certain of the withholding is justified by this additional information, Plaintiff believes that other withholding may not be justified and/or insufficient information has been provided to justify the withholding, particularly of certain materials withheld in their entirety.

The parties will discuss the limited number of documents over which Plaintiff continues to have concerns and attempt to resolve without intervention by the Court whether the withholding of the document, in whole or in part, is appropriate and/or whether sufficient information has been provided to Plaintiff.  This is likely to require counsel for the Government to consult with agency personnel.

In light of the foregoing, the Parties request that the Court not schedule further proceedings in this case, but instead direct the parties to file a further joint report by June 22,

2007 advising of the current status of the litigation and a proposal on how to proceed.

                                                     Respectfully submitted,

                                                     _____/s/_____

Daniel C. Schwartz (D.C. Bar No. 017749)
Stephen S. Kaye (D.C. Bar No. 292532)
Bryan Cave LLP
700 Thirteenth Street NW
Washington, D.C. 20005-3960
Phone: (202) 508-6000
Fax: (202) 508-6200

*Counsel for Plaintiff*

                         _____/s/_____

JEFFERY A. TAYLOR, D.C. Bar #498610
United States Attorney

                         _____/s/_____

CHARLOTTE A. ABEL, Bar #388582
Assistant United States Attorney
555 4th St., NW
Washington, DC 20530
202/307-2332

*Counsel for Defendant*

Dated:  May 11, 2007