UNITED STATES OF DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROTAIR INDUSTRIES, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF JUSTICE,**<br><br>Defendant. | Civil Action No. 06-1526<br>(Judge C. Kollar-Kotelly) |

## JOINT STATUS REPORT

In its May 23, 2007 minute Order, the Court directed the parties to provide a Joint Status Report by June 22, 2007. The parties accordingly provide the following report and proposal concerning further proceedings.

Since the last status report, Plaintiff has provided to the Government a list of documents for which Plaintiff believes it still has not been provided with sufficient information to enable Plaintiff to determine the propriety of the Department of Homeland Security, Immigration and Customs Enforcement ("ICE") withholding the documents in their entirety. Less than a dozen documents are on that list. ICE is reviewing the list and determining whether information can be provided to substantiate the withholding or whether portions of the documents may be disclosed.

The parties will discuss the limited number of documents over which Plaintiff continues to have concerns and attempt to resolve without intervention by the Court whether the

withholding of the document, in whole or in part, is appropriate and/or whether sufficient information has been provided to Plaintiff. This will require counsel for the Government to consult with agency personnel.

In light of the foregoing, the Parties request that the Court not schedule further proceedings in this case, but instead direct the parties to file a further joint report by July 27, 2007 advising of the current status of the litigation and a proposal on how to proceed.

Respectfully submitted,

_____/s/_____
Daniel C. Schwartz (D.C. Bar No. 017749)
Stephen S. Kaye (D.C. Bar No. 292532)
Bryan Cave LLP
700 Thirteenth Street NW
Washington, D.C. 20005-3960
Phone: (202) 508-6000
Fax: (202) 508-6200

*Counsel for Plaintiff*

_____/s/_____
JEFFERY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____/s/_____
CHARLOTTE A. ABEL, Bar #388582
Assistant United States Attorney
555 4th St., NW
Washington, DC 20530
202/307-2332

*Counsel for Defendant*

Dated: June 22, 2007