UNITED STATES OF DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROTAIR INDUSTRIES, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF JUSTICE,**<br><br>Defendant. | Civil Action No. 06-1526<br>(Judge C. Kollar-Kotelly) |

## JOINT STATUS REPORT

In its August 1, 2007 minute Order, the Court directed the parties to provide a Joint Status Report by August 29, 2007. The parties accordingly provide the following report and proposal concerning further proceedings.

Plaintiff has provided to the Government a list of documents for which Plaintiff believes it still has not been provided with sufficient information to enable Plaintiff to determine the propriety of the Department of Homeland Security, Immigration and Customs Enforcement ("ICE") withholding the documents in their entirety. Less than a dozen documents are on that list. ICE is currently completing its review of the list and is making a final determination whether information can be provided to substantiate the withholding or whether portions of the documents may be disclosed. Once the review is complete, the parties will discuss the limited number of documents over which Plaintiff continues to have concerns and attempt to resolve

without intervention by the Court whether the withholding of the document, in whole or in part, is appropriate and/or whether sufficient information has been provided to Plaintiff. Defendant anticipates that it will provide a response to plaintiff by August 30, 2007.

In light of the foregoing, the Parties request that the Court not schedule further proceedings in this case, but instead direct the parties to file a further joint report by October 5, 2007 advising of the current status of the litigation and a proposal on how to proceed. The parties request that they be given until early October to apprise the Court of the status because defense counsel will be out of the country from September 26, 2007 through October 1, 2007.

Respectfully submitted,

_____/s/_____
Daniel C. Schwartz (D.C. Bar No. 017749)
Stephen S. Kaye (D.C. Bar No. 292532)
Bryan Cave LLP
700 Thirteenth Street NW
Washington, D.C. 20005-3960
Phone: (202) 508-6000
Fax: (202) 508-6200

*Counsel for Plaintiff*

_____/s/_____
JEFFERY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____/s/_____
CHARLOTTE A. ABEL, Bar #388582
Assistant United States Attorney
555 4th St., NW
Washington, DC 20530
202/307-2332

*Counsel for Defendant*

Dated: August 29, 2007