UNITED STATES OF DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROTAIR INDUSTRIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>JUSTICE, )<br>)<br>Defendant. )<br>)<br>) | Civil Action No. 06-1526<br>(Judge C. Kollar-Kotelly) |

## STIPULATION OF DISMISSAL

Having settled the dispute underlying this action, the parties hereby stipulate pursuant to Rule 41(a)(1) of the Rules of Civil Procedure to the dismissal of this action, without prejudice, with all parties to bear their fees and costs.

Respectfully submitted,

*[signature]*

Daniel C. Schwartz
D.C. Bar 017749
Stephen S. Kaye
D.C. Bar 292532
Bryan Cave LLP
700 Thirteenth Street NW
Washington, D.C. 20005-3960
Phone: (202) 508-6000
Fax: (202) 508-6200

*Counsel for Plaintiff*

1

*/s/ Jeffery A. Taylor*
Jeffery A. Taylor
D.C. Bar 498610
United States Attorney

*/s/ Rudolph Contreras*
Rudolph Contreras
D.C. Bar 434122
Assistant United States Attorney

*/s/ Charlotte A. Abel*
Charlotte A. Abel
D.C. Bar 388582
Assistant United States Attorney
501 3rd St., N.W. E4410
Washington, D.C. 20001
(202) 307-2332

*Counsel for Defendant*

Dated: October 4, 2007